UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ST. RITA<br>*Aliff*   C.A. No. 06-9642 | SECTION "K"(2) |

## ORDER AND REASONS

Before the Court are the following motions:

(1) Motion to Remand filed by plaintiffs, June Aliff, Mrs. Debra Marshall, Mr. Donald W. lae, and Mr. Louis d. Lae, individually and as the surviving children of their mother, Mrs. Laura Mae Lae (Doc. 2214)[1] and

(2) United States' Motion to Dismiss Third-Party Demands (Doc. 2206).

This case is one among nearly 40 cases filed in state court concerning alleged negligence and nursing home malpractice that occurred at St. Rita's Nursing Home Facility ("St. Rita's") in the flooding that occurred in the wake of Hurricane Katrina. Having reviewed the pleadings, memoranda and the relevant law, and for the reasons assigned in the Order and Reasons entered on May 15, 2007 (Doc. 4642) in *Alan Johnson v. Buffman, Inc., et al.,* C.A. No. 06-7400 which was consolidated under *In re Katrina Canal Breaches Consolidated Litigation*, C. A. No. 05-4182,

**IT IS ORDERED** that the Motion to Remand (Doc. 2214) is **DENIED**.

**IT IS FURTHER ORDERED** that the United States' Motion to Dismiss Third-Party Demands (Doc. 2206) is **GRANTED**.

---

[1] Plaintiffs in this motion adopt numerous other pleadings in globo. As the relief sought is in essence granted by the *Johnson* decision, the Court will not address these arguments individually.

**IT IS FURTHER ORDERED** pursuant to 28 U.S.C. 1447(c), this case is **REMANDED**

the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

New Orleans, Louisiana, this __15th__ day of May, 2007.

```
                                    _____
                                       STANWOOD R. DUVAL, JR.
                                    UNITED STATES DISTRICT COURT JUDGE
```